UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONNY M. PENN,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 13-cv-05689-JST

**ORDER DIRECTING PLAINTIFF TO NOTIFY THE COURT IF HE CONSENTS TO ASSIGNMENT TO A MAGISTRATE JUDGE**

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). To understand the difference between magistrate and district judges, please consult pages 14-15 of *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which is available at http://www.cand.uscourts.gov/prosehandbook.

The United States has already consented to proceed before a magistrate judge. ECF No. 6. Accordingly, the Plaintiff is hereby DIRECTED to advise the Court, no later than fourteen days from the date of this Order, as to whether he consents to have a magistrate judge conduct all further proceedings in the instant action. For the Plaintiff's convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: May 29, 2014

                                          JON S. TIGAR
                                   United States District Judge