# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| LONNY PENN, | No. C 13-05689 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CAROLYN COLVIN, | |
| Defendant. | |

On December 9, 2013, Lonny Penn filed a complaint against the Commissioner of the Social Security Administration ("SSA"), Carolyn Colvin, that asks the court to review the SSA's final decision regarding Mr. Penn's social security that adversely affected him in whole or in part. Complaint, ECF No. 1.[1] Ms. Colvin answered his complaint on April 2, 2014. Answer, ECF No. 9. Mr. Penn's motion for summary judgment was due by April 30, 2014, Procedural Order for Social Security Review Actions, ECF No. 2 (providing that, in such cases, a plaintiff's summary judgment motion is due within 28 days of the filing and service of a defendant's answer).

To date, Mr. Penn has not filed any motion for summary judgment, even though his deadline for doing so was April 30, 2014. Accordingly, the court **ORDERS** Mr. Penn to show cause, in writing and by **October 22, 2014**, why his action should not be dismissed for failure to prosecute.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 13-03082 LB
ORDER

1 **IT IS SO ORDERED.**

2 Dated: October 7, 2014

3 _____
LAUREL BEELER
United States Magistrate Judge