1

2

3

4

5

6

7

8                          UNITED STATES  DISTRICT COURT

9                          Northern District of California

10                            San Francisco Division

11    LONNY PENN,                                No. C 13-05689 LB

12              Plaintiff,             **ORDER CONSTRUING PLAINTIFF'S**
        v.                             **FILING AS A TIMELY FILED**
13                                     **MOTION FOR SUMMARY**
      CAROLYN COLVIN,                  **JUDGMENT AND PROVIDING A**
14                                     **BRIEFING SCHEDULE**
              Defendant.
15    _____/   [Re: ECF No. 17]

16        On December 9, 2013, Lonny Penn filed a complaint against the Commissioner of the Social

17   Security Administration, Carolyn Colvin (the "Government"), that asks the court to review the

18   SSA's final decision regarding Mr. Penn's social security that adversely affected him in whole or in

19   part.  Complaint, ECF No. 1.[1]  The Government answered his complaint on April 2, 2014.  Answer,

20   ECF No. 9.  Mr. Penn's motion for summary judgment thus was due by April 30, 2014.  Procedural

21   Order for Social Security Review Actions, ECF No. 2 (providing that, in such cases, a plaintiff's

22   summary judgment motion is due within 28 days of the filing and service of a defendant's answer).

23        Because Mr. Penn did not file his motion for summary judgment by that time, on October 7,

24   2014, the court ordered him to show cause why his action should not be dismissed for his failure to

25   prosecute it.  Order to Show Cause, ECF No. 16.  The court ordered him to do so in writing by

26   October 22, 2014.

27

28        [1] Record citations are to documents in the Electronic Case File ("ECF"); pinpoint citations
      are to the ECF-generated page numbers at the top of the documents.

      C 13-03082 LB
      ORDER

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

1    On that day, and in response to the court's order, Mr. Penn filed a "Motion to Show Cause on

2  Summary Judgment," that argues that his action should not be dismissed because in its answer the

3  Government stated that she does not have sufficient knowledge to respond to some of Mr. Penn's

4  allegations and therefore denies them.  Motion, ECF No. 17 at 3.  He also argues that the

5  Government improperly denied his claim for benefits even though he previously had been awarded

6  benefits and an administrative law judge already ruled that he should continue to receive benefits as

7  of October 30, 2010.  *Id.* at 4.

8    Given that "[c]ourts in this circuit have an obligation to give a liberal construction to the filings

9  of pro se litigants," *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), the court will

10  construe Mr. Penn's October 22, 2014 filing as a motion for summary judgment and will find that he

11  timely filed it.  To provide further clarity about the next steps, the court directs the Government to

12  file any opposition and/or cross-motion for summary judgment by December 4, 2014.  *See* N.D. Cal.

13  Civ. L.R. 7-3(a) (allowing 14 calendar days for an opposition brief).  Thereafter, Mr. Penn shall file

14  any reply to the Government's opposition and/or cross-motion by December 15, 2014.  *See* N.D.

15  Cal. Civ. L.R. 7-3(c) (allowing 10 calendar days for a reply where it is not served via the court's

16  ECF system); *see also* Fed. R. Civ. P. 6(a)(3) (if the last day of a filing period falls on a weekend,

17  the deadline is extended to the next day that is not a weekend or holiday).  Thereafter, the court will

18  the motion(s) under submission.

19    **IT IS SO ORDERED.**

20  Dated: November 20, 2014

21                                                                  _____
                                                                    LAUREL BEELER
                                                                    United States Magistrate Judge
22

23

24

25

26

27

28